# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| CHARLES J. SHAFFER, et al | ) |
| *Plaintiff(s)* | ) |
| v. | ) Case Number: 3:16-cv-00497 |
| DEUTSCHE BANK AG | ) |
| *Defendant(s)* | ) |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiffs.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of New York. The state and federal bar numbers issued to me are: 4833463.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Jul 22, 2016
Date

Signature of Movant

2 University Plaza, Suite 201
Street Address

Michael J. Radine
Printed Name

Hackensack, NJ 07601
City, State, Zip