IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES SHAFFER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| -v- ) | Case No. 3:16-cv-497-MJR-SCW |
| ) | |
| DEUTSCHE BANK AG, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING OF RELATED CASE**

Defendant Deutsche Bank AG ("Deutsche Bank") respectfully submits this Notice to inform the Court of a recently-filed related case.

On November 2, 2016, ninety-two plaintiffs filed an action in the Southern District of Illinois entitled *Martinez, et al. v. Deutsche Bank AG, et al.*, No. 3:16-cv-1207. *Martinez* was assigned to Judge J. Phil Gilbert.

Although the Civil Cover Sheet filed with the *Martinez* Complaint does not identify it as related to this case, the plaintiffs' allegations demonstrate that it is a related matter. Like this case, the *Martinez* plaintiffs are U.S. soldiers injured, or family members of U.S. soldiers killed, in Iraq as a result of alleged terrorist attacks. As in this case, the *Martinez* plaintiffs assert claims under the Anti-Terrorism Act ("ATA") based upon an alleged conspiracy among Iran and a number of western banks, including Deutsche Bank, that allegedly engaged in the same type of banking practices described in the *Shaffer* complaint.

Deutsche Bank intends to file a similar notice of related case in *Martinez* once it has been served and appears in that case.

Dated: November 16, 2016 Respectfully submitted,

 /s/ Troy A. Bozarth
Larry E. Hepler, IL #01195603
Troy Bozarth, IL #6236748
HEPLERBROOM LLC
130 N. Main St.
P.O. Box 510
Edwardsville, IL 62025
(618) 656-0184
leh@heplerbroom.com
tab@heplerbroom.com

John E. Hall
David M. Zionts (*Pro Hac Vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., NW
Washington, DC 20001
(202) 662-6000
jhall@cov.com

Mark P. Gimbel (*Pro Hac Vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 16th of November, 2016.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

                    /s/ Troy A. Bozarth