# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES J. SHAFFER, et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil No. 16-497-MJR-SCW |
| v. ) | |
| ) | |
| DEUTSCHE BANK AG, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

Plaintiffs, pursuant to Local Rule 7.1(g) and Federal Rule of Appellate Procedure 28(j), hereby submit their Motion for Leave to File Supplemental Authority, and in support thereof state:

1. Local Rule 7.1(c) provides in pertinent part: "If a party believes it is necessary to supplement its brief with new authority due to a change in the law or facts that occurred after the filing of its brief, the party must seek leave of court to file a supplemental brief. The supplemental authority shall be filed in accordance with the supplemental authority provisions found in Federal Rule of Appellate Procedure 28(j)."

2. Rule 28(j) of the Federal Rules of Appellate Procedure provides, in pertinent part: "If pertinent and significant authorities come to a party's attention after the party's brief has been filed . . . a party may promptly advise the circuit clerk by letter, with a copy to all other parties, setting forth the citations. The letter must state the reasons for the supplemental citations, referring either to the page of the brief or to a point argued orally. The body of the letter must not exceed 350 words."

3. Since the completion of briefing of Defendant's Motion to Dismiss on August 29, 2016, Congress has passed, and the President has signed into law, the Countering America's Adversaries Through Sanctions Act, Pub. L. No. 115-44.

4. In enacting this legislation, Congress made specific findings of fact which state that "[t]he IRGC, not just the IRGC–QF, is responsible for implementing Iran's international program of destabilizing activities, support for acts of international terrorism, and ballistic missile program." These findings confirm allegations in Plaintiffs' complaint (and that are contested by Defendant) as a matter of law.

5. The body of Plaintiffs' proposed supplementation brief contains fewer than 350 words. A copy of the brief is being submitted via e-mail to Judge Reagan's chambers.

WHEREFORE, Plaintiffs respectfully request that the Court grant leave to file the proposed supplemental authority.

Dated: August 9, 2017                              Respectfully submitted,

**DOWD & DOWD, P.C.**

By     /s/ Douglas P. Dowd
       Douglas P. Dowd (#29240MO)
       211 North Broadway, Suite 4050
       St Louis, MO 63102
       (314) 621-2500
       (314) 621-2503 Fax

**OSEN LLC**
Gary M. Osen (*pro hac vice*)
Ari Ungar (*pro hac vice*)
Michael J. Radine (*pro hac vice*)
William A. Friedman (*pro hac vice*)
2 University Plaza, Suite 402
Hackensack, NJ 07601
(201) 265-6400
(201) 265-0303

**TURNER & ASSOCIATES, P.A.**
Tab Turner (*pro hac vice*)
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
(501) 791-2277

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 9th day of August, 2017 to be served on all counsel of record registered to receive Notices of Electronic Filing generated by CM/ECF.

/s/ Douglas P. Dowd