IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARSES SHAFFER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
|       -v- ) | Case No. 3:16-cv-497 |
| ) | |
| DEUTSCHE BANK AG, ) | |
| ) | |
| Defendant. ) | |

**<u>Defendants' Response To Plaintiffs' Motion For Leave To File Supplemental Authority</u>**

      Defendant Deutsche Bank AG ("Deutsche Bank") does not oppose Plaintiffs' motion to "file supplemental authority," which it understands as a motion for leave to file a "supplemental brief" of the kind contemplated by Local Rule 7.1(c).

      Local Rule 7.1(c) incorporates the provisions of Federal Rule of Appellate Procedure 28(j), which contemplates a response by the other party. Accordingly, Deutsche Bank respectfully requests that if the Court grants Plaintiffs leave to file their supplemental brief, it also permit Deutsche Bank to file a supplemental brief in response, consistent with the provisions of Federal Rule of Appellate Procedure 28(j).

      The body of Deutsche Bank's proposed supplemental brief in response contains not more than 350 words. A copy of the brief is being submitted via e-mail to Judge Reagan's chambers.

| | |
|---|---|
| Dated: August 14, 2017 | Respectfully submitted, |
| | /s/ Troy A. Bozarth |
| John E. Hall | Larry E. Hepler, IL #01195603 |
| David M. Zionts (*Pro Hac Vice*) | Troy Bozarth, IL #6236748 |
| COVINGTON & BURLING LLP | HEPLERBROOM LLC |
| One CityCenter | 130 N. Main St. |
| 850 Tenth St., NW | P.O. Box 510 |
| Washington, DC 20001 | Edwardsville, IL 62025 |
| (202) 662-6000 | (618) 656-0184 |
| jhall@cov.com | leh@heplerbroom.com |
| dzionts@cov.com | tab@heplerbroom.com |

Mark P. Gimbel (*Pro Hac Vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
mgimbel@cov.com

## CERTIFICATE OF SERVICE

   I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 14th day of August, 2017.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

                /s/ Troy A. Bozarth