**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CHARLES J. SHAFFER, et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil No. 16-497-MJR-SCW |
| v. ) | |
| ) | |
| DEUTSCHE BANK AG, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' MOTION TO VACATE SCHEDULING ORDER

1. By Order dated June 1, 2016, trial of the captioned matter was scheduled for April 23, 2018 (ECF No. 21).

2. A temporary stay of discovery was entered on June 23, 2016 (ECF No. 34).

3. By order dated August 5, 2016, the Court stayed discovery pending a ruling on the motion to dismiss (ECF No. 42).

4. Briefing on the motion to dismiss was completed on August 29, 2016 (ECF No. 49).

5. Notices of new authority were submitted on September 30, 2016 (ECF No. 51), February 7, 2010 (ECF No. 56), and August 9, 2017 (ECF No. 59).

6. Under the present schedule, the parties are eight months out from trial and no discovery has yet been conducted.

7. The undersigned counsel is being pressed to reserve the present trial date (April 23, 2018) in other litigation pending before Judge Webber in the Eastern District of Missouri.

WHEREFORE, given the pending motions and current status of this case, Plaintiffs respectfully request that the present schedule be vacated and that the Court establish a new scheduling order, if necessary, at its future convenience.

We have conferred with Defendant's counsel and been advised that Defendant does not object to the motion.

Dated: August 17, 2017                           Respectfully submitted,

**TURNER & ASSOCIATES, P.A.**

By  /s/ Tab Turner
Tab Turner (*pro hac vice*)
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
(501) 791-2277

**OSEN LLC**
Gary M. Osen (*pro hac vice*)
Ari Ungar (*pro hac vice*)
Michael J. Radine (*pro hac vice*)
William A. Friedman (*pro hac vice*)
2 University Plaza, Suite 402
Hackensack, NJ 07601
(201) 265-6400
(201) 265-0303

**DOWD & DOWD, P.C.**
Douglas P. Dowd (#29240MO)
211 North Broadway, Suite 4050
St Louis, MO 63102
(314) 621-2500
(314) 621-2503 Fax

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 17th day of August, 2017. I also certify that the foregoing document is being served this day on all counsel of record registered to receive Notices of Electronic Filing generated by CM/ECF.

/s/ Tab Turner