IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES SHAFFER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| -v- | )  Case No. 3:16-cv-497-MJR-SCW |
| | ) |
| DEUTSCHE BANK AG, | ) |
| | ) |
| Defendant. | ) |

**Defendant's Motion for Leave to File Supplemental Authority**

Pursuant to Local Rule 7.1(g) and Federal Rule of Appellate Procedure 28(j), Defendant Deutsche Bank AG hereby submits this Motion for Leave to File Supplemental Authority, and in support thereof states:

1.  Local Rule 7.1(c) and (g) provide in pertinent part: "If a party believes it is necessary to supplement its brief with new authority due to a change in the law or facts that occurred after the filing of its brief, the party must seek leave of court to file a supplemental brief. The supplemental authority shall be filed in accordance with the supplemental authority provisions found in Federal Rule of Appellate Procedure 28(j)."

2.  Rule 28(j) of the Federal Rules of Appellate Procedure provides, in pertinent part: "If pertinent and significant authorities come to a party's attention after the party's brief has been filed . . . a party may promptly advise the circuit clerk by letter, with a copy to all other parties setting forth the citations. The letter must state the reasons for the supplemental citations, referring either to the page of the brief or to a point argued orally. The body of the letter must not exceed 350 words."

3.  After the completion of briefing on Defendant's Motion to Dismiss (ECF No. 35), on September 30, 2017, the U.S. District Court for the Eastern District of New York issued an

opinion in *Weiss v. National Westminster Bank PLC*, No. 05-cv-4622 (E.D.N.Y. Sept. 30, 2017), which addresses the requirements for secondary liability under the Justice Against Sponsors of Terrorism Act ("JASTA"). As explained in the proposed supplemental brief, *Weiss* confirms that, contrary to Plaintiffs' arguments, JASTA does not provide for liability in this case.

4. The body of Defendant's proposed supplemental brief does not exceed 350 words. A copy of the brief is being submitted to Judge Reagan's chambers by e-mail. Should the Court grant this motion and permit the supplemental brief to be filed, Defendant has no objection to Plaintiff filing a response not to exceed 350 words.

WHEREFORE, Defendant respectfully requests that the Court grant Defendant leave to file its proposed supplemental brief regarding new authority.

Dated: October 10, 2017

John E. Hall
David M. Zionts (*Pro Hac Vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., NW
Washington, DC 20001
(202) 662-6000
jhall@cov.com
dzionts@cov.com

Mark P. Gimbel (*Pro Hac Vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
mgimbel@cov.com

Respectfully submitted,

/s/ Troy A. Bozarth
Larry E. Hepler, IL #01195603
Troy Bozarth, IL #6236748
HEPLERBROOM LLC
130 N. Main St.
P.O. Box 510
Edwardsville, IL 62025
(618) 656-0184
leh@heplerbroom.com
tab@heplerbroom.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 10th day of October, 2017.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

/s/ Troy A. Bozarth