IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAFFER, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK, AG et al <br><br> Defendants. | **CIVIL NO.** 3:16-cv-00497 <br><br> **CJRA TRACK:** <br><br> **PRESUMPTIVE TRIAL MONTH:** April 2018 <br><br> **JUDGE:** Chief Judge Michael J. Reagan |

## PLAINTIFFS' SUPPLEMENTAL MOTION TO VACATE SCHEDULING ORDER

Plaintiffs submit the following Supplemental Motion to Vacate Scheduling Order, stating:

1. By Order dated June 1, 2016, trial of the captioned matter was scheduled for April 23, 2018 (ECF No. 21).

2. A temporary stay of discovery was entered on June 23, 2016 (ECF No. 34).

3. By order dated August 5, 2016, the Court stayed discovery pending a ruling on the motion to dismiss (ECF No. 42). For the past sixteen (16) months, no discovery has been conducted consistent with the Stay.

4. Briefing on the motion to dismiss was completed on August 29, 2016 (ECF No. 49).

5.     A Minute Order dated October 4, 2016, established a short briefing schedule relating to Plaintiffs' Notice of New Authority. (ECF No. 52). That briefing was completed on October 18, 2016. (ECF No. 54).

6.     A Minute Order dated February 10, 2017, established a short briefing schedule relating to Defendants' notice of new authority. (ECF No. 57). That briefing was completed on February 15, 2017. (ECF No. 58).

7.     Another notice of new authority was submitted on August 9, 2017 (ECF No. 59). Defendants' response was filed on August 17, 2017. (ECF No. 60).

8.     On August 18, 2017, Plaintiffs filed a Motion to Vacate the existing scheduling order. As noted in the motion, at that time, the parties were eight (8) months from trial and no discovery had been conducted due to the Stay that was in effect. (ECF No. 63) Counsel for Plaintiffs was being pressed to reserve the trial date of April 23, 2018, for other litigation pending before Judge Webber in the Eastern District of Missouri. Plaintiffs' Motion to Vacate has not been ruled on.

9.     The parties are now five (5) months out from the presumptive trial date with discovery and expert deadlines coming the near future, and counsel is now double-set in both the Southern District of Illinois and the Northern District of Missouri on the same date.

10.    Plaintiffs previously conferred with Defendant's counsel regarding the August 18, 2017, Motion and were advised that Defendant did not object to the Motion to Vacate the existing scheduling order.

WHEREFORE, given the pending motions and current status of this case, and for the additional reason described surrounding the conflict, Plaintiffs respectfully request that the present schedule be vacated and that the Court establish a new scheduling order, if necessary, at

its future convenience. We have conferred with Defendant's counsel and been advised that Defendant does not object to the motion.

Dated: December 1, 2017

                RESPECTFULLY SUBMITTED,

                **TURNER & ASSOCIATES, P.A**.

                By:    /s/ Tab Turner

Tab Turner (pro hac vice)
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
(501) 791-2277

**OSEN LLC**
Gary M. Osen (pro hac vice)
Ari Ungar (pro hac vice)
Michael J. Radine (pro hac vice)
William A. Friedman (pro hac vice)
2 University Plaza, Suite 402
Hackensack, NJ 07601
(201) 265-6400
(201) 265-0303

**DOWD & DOWD, P.C.**
Douglas P. Dowd (#29240MO)
211 North Broadway, Suite 4050
St Louis, MO 63102
(314) 621-2500
(314) 621-2503 Fax

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 1st day of December, 2017. I also certify that the foregoing document is being served this day on all counsel of record registered to receive Notices of Electronic Filing generated by CM/ECF.

                                                                                  /s/ Tab Turner

4

Shaffer v. Deutsche Bank, et al
Civil No. 3:16-cv-00497
Plaintiffs' Motion to Vacate