IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES JAMES SHAFFER,** )<br>**CHARLES L. SHAFFER, JR.,** )<br>and **RHONDA KEMPER,** )<br> )<br> Plaintiffs, )<br> )<br> v. )<br> )<br>**DEUTSCHE BANK AG,** )<br> )<br> Defendant. ) | Case Number: 16-cv-0497-MJR-SCW |

## JUDGMENT IN A CIVIL ACTION

By Order, on December 7, 2017, the Court dismissed with prejudice Plaintiff's claims against Defendant DEUTSCHE BANK AG for failure to state a claim upon which relief can be granted. Judgment entered in favor of Defendant and against Plaintiffs.

Dated: December 7, 2017

                                            Justine Flanagan, Acting Clerk of Court
                                            s/ *Reid Hermann*
                                            Deputy Clerk

Approved: *s/ Michael J. Reagan*
 Michael J. Reagan, U.S. District Judge